UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNISE ABINACER,

                Plaintiff,

-against-

ANDREW M. SAUL, Commissioner of Social Security,

                Defendant.

**ORDER GRANTING IFP APPLICATION**

20 CV 10153 (VB)

---

    Plaintiff's leave to proceed in this Court without prepayment of fees is authorized.

See 28 U.S.C. § 1915.

Dated: December 4 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge