UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DENNISE ABINACER,
               Plaintiff,

v.

ANDREW M. SAUL, ACTING COMMISSIONER OF
SOCIAL SECURITY,
               Defendant.
------------------------------------------------------------------x

12/4/20

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

20 CV 10153 (VB) (AEK)

The above entitled action is referred to the Honorable Andrew E. Krause, United States Magistrate Judge, for purpose of:

| | | | |
|---|---|---|---|
| ____ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | _X_ | SOCIAL SECURITY |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ | SETTLEMENT |
| ____ | JURY SELECTION | ____ | OTHER |

Dated: December 4, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

* Do not check if already referred for General Pre-Trial.