**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DENNISE ABINACER,

                Plaintiff,                20 **CIVIL** 10153 (AEK)

      -v-                                   **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2023, Plaintiff's motion for judgment on the pleadings is GRANTED, the Commissioner's motion for judgment on the pleadings is DENIED, and this matter is remanded for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York
          March 27, 2023

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                      **BY:**    *K. Mango*

                                                                        **Deputy Clerk**